Motion
Granted; Vacated and Remanded and Memorandum Opinion filed May 12, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00186-CV

____________

 

DENNIS ALLEN WOTIPKA, Appellant

 

V.

 

LEAH CARAMANIAN WOTIPKA, Appellee

 



 

On Appeal from the 311th District Court

Harris County, Texas

Trial Court Cause No. 2009-41446

 



 

MEMORANDUM
OPINION

This is an appeal from a
judgment signed December 14, 2010.

On May 2, 2011, the parties filed a joint motion to set aside
the judgment and remand the cause to the trial court for rendition of judgment
in accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, we vacate the judgment signed December 14, 2010,
and we remand the cause to the trial court for rendition of judgment in
accordance with the parties= agreement.

PER CURIAM

 

 

Panel consists of Chief Justice
Hedges, Justices Seymore and Boyce.